**United States Bankruptcy Court**
**Western District of Tennessee**

**VOLUNTARY**
**PETITION**

| | |
|---|---|
| **NAME OF DEBTOR** (Last, First, Middle)<br>Scruggs, Cheri Nicole | **NAME OF JOINT DEBTOR:** (Last, First, Middle) |
| **ALL OTHER NAMES** used by Debtor in last 8 years (include married, maiden, and trade names)<br>Smith, Cheri & Collier, Cheri dba Cater to your Soul | **ALL OTHER NAMES** used by Debtor in last 8 years (include married, maiden, and trade names) |
| **Last 4 digits of S.S. #** (If more than one, state all)<br>XXX-XX-0841 | **Last 4 digits of S.S. #** (If more than one, state all)<br>XXX-XX- |
| **STREET ADDRESS OF DEBTOR:**<br>5074 CORO ROAD<br>MEMPHIS, TN  38109 | **STREET ADDRESS OF JOINT DEBTOR:** |
| **COUNTY OF RESIDENCE**:  SHELBY | **COUNTY OF RESIDENCE**:  SAME |
| **MAILING ADDRESS OF DEBTOR** * * *<br>*2904 CHELSEA AVENUE*<br>*MEMPHIS, TN  38108* | **MAILING ADDRESS OF JOINT DEBTOR** |

| |
|---|
| **INFORMATION REGARDING DEBTOR** |

| |
|---|
| Location of Principal Assets of Business Debtor<br>(If different from address listed above) |

| | |
|---|---|
| **TYPE OF DEBTOR** (Check one box)<br>*(Form of Organization)*<br>[**XX**] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>[  ] Corporation (includes LLC and LLP)<br>[  ] Partnership<br>[  ] Other (type of entity: _____ )<br><br>**NATURE OF BUSINESS** (Check one box)<br><br>[  ] Health Care Business<br>[  ] Single Asset Real Estate as defined in 11 USC 101<br>[  ] Railroad<br>[  ] Stockbroker<br>[  ] Commodity Broker<br>――――――――――――――――――――――――――――<br><center>**FILING FEE** (Check One Box)</center><br>[  ] Full filing fee attached.<br><br>[XX] Filing Fee to be paid in installments (Individuals Only) Must attach signed application for court's consideration certifying that Debtor is unable to pay fee except in installments. Rule 1006(b).<br>[  ] Filing Fee waiver requested (Chapter 7 only) Must attach signed application for the court's consideration.  See Official Form 3B. | **CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED** (Check One Box)<br><br>[   ] Chapter 7<br>[   ] Chapter 9<br>[   ] Chapter 11<br>[   ] Chapter 12<br>[XX] Chapter 13<br>――――――――――――――――――――――――――――<br><center>**NATURE OF DEBTS**<br>(Check one box.)</center><br>[**XX**] Debts are primarily consumer debts,  [  ] Debts are primarily<br>defined in 11 USC 101(8) as "incurred  business debts<br>by an individual primarily for a personal,<br>family, or household purpose."<br>――――――――――――――――――――――――――――<br><center>**CHAPTER 11 DEBTORS**</center><br>**Check one box:**<br>[  ] Debtor is a small business defined in 11 USC 101<br>[  ] Debtor is not a small business debtor as defined<br>   in 11 USC 101(51D)<br>--------------------------------------------<br>**Check all applicable boxes:**<br>[  ] A plan is being filed with this petition.<br>[  ] Acceptances of plan were solicited pre-petition<br>   from the classes of creditors (11 USC 1126(b)). |

| |
|---|
| <center>**Statistical and Administrative Information**</center> |
| [XX] Debtor estimates funds will be available for distribution to unsecured creditors<br>[  ] Debtor estimates that after exempt property is excluded and admn. expenses<br>   paid, there will be no funds available for distribution to unsecured creditors. |

**ESTIMATED NUMBER OF CREDITORS**
[XX] 1-49      [   ] 50-99      [   ] 100-199      [   ] 200-999

**ESTIMATED ASSETS**      **(In thousands of dollars)**
[XX] 0k-50k      [   ] 50k-100k      [   ] 100k-500k      [   ] $500k – 1 million

**ESTIMATED LIABILITIES**      **(In thousands of dollars)**
[XX] 0k-50k      [   ] 50k-100k      [   ] 100k-$500k      [   ] $500k – 1 million

Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s)
CHERI SCRUGGS

| ALL PRIOR BANKRUPTCY CASE(S) FILED WITHIN LAST 8 YEARS | | |
|---|---|---|
| Location Where Filed:<br>WDT | Case Number(s):<br>11-28517, 08-25388, 05-31895 | Date(s) Filed:<br>2011, 2008, 2005 |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF DEBTOR | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| EXHIBIT A | EXHIBIT B |
|---|---|
| (To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Sect. 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter. I further certify that I have delivered to the debtor the notice required by 11 USC 342(b). |
| [  ] Exhibit A is attached and made part of this petition. | X   /s/ Brad George       Date:  July 11, 2013<br>Signature of Attorney for Debtor(s) |

## EXHIBIT C

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent harm to public health or safety?

[   ]     Yes, and Exhibit C is attached and made a part of this petition.
[XX]    No.

## EXHIBIT D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

[XX]    Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
     If this is a joint petition:
[      ]     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## INFORMATION REGARDING THE DEBTOR (Check the applicable Boxes)

### Venue (Check any applicable box)

[XX]  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[   ]  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[   ]  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding in a federal or state court in this District, or the interest of the parties          will be served in regard to the relief sought in this District.

## STATEMENT BY A DEBTOR WHO RESIDES AS A TENANT OF RESIDENTIAL PROPERTY
*Check all applicable boxes.*

[   ] Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following:
          Name of Landlord that obtained judgment:
          Address of Landlord:

[   ] Debtor claims that under applicable non-bankruptcy law, there are circumstances under which the Debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[   ] Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **SIGNATURE(S) OF DEBTOR(S)** | **IGNATURE OF FOREIGN REPRESENTATIVE** |
|---|---|

**SIGNATURE(S) OF DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge, information, and belief.

I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I have obtained and read the notice required by 11 U.S.C. 342(b).

I request relief in accordance with the Chapter of Title 11, United States Code, specified in this Petition.

X /s/ CHERI SCRUGGS
   Signature of Debtor

X _____
   Signature of Joint Debtor

DATE: July 11, 2013

**IGNATURE OF FOREIGN REPRESENTATIVE**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

[ ] I request relief in accordance with Chapter 15 of Title 11, United States Code. Certified copies of the documents required by Section 1515 of Title 11 are attached.

[ ] Pursuant to Section 1511 of Title 11, United States Code, I request relief in accordance with the Chapter of Title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

Signature of Foreign Representative:
DATE: July 11, 2013

## SIGNATURE OF ATTORNEY

X /s/   Brad George
Signature of Attorney for Debtor(s)

   BRAD GEORGE
Printed Name of Attorney for Debtor(s)

**LAW OFFICE OF BRAD GEORGE**
**2400 POPLAR AVENUE, SUITE 460**
**MEMPHIS, TN 38112**
**(901) 323-1311 FAX: (901) 323-1644**
DATE: July 11, 2013
_____

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge, information, and belief, and that I have been authorized to file this petition on behalf of the Debtor.

The Debtor requests relief in accordance with the Chapter of Title 11, United States Code, specified in this Petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 USC 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 USC 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 USC 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 USC 110.)

_____
Address

_____

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security # is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in crimes or imprisonment or both under 11 USC 100; 18 USC 156.*

IN RE: CHERI SCRUGGS

| | |
|---|---|
| | Case No.: |
| Debtor(s). | Chapter 13 |

### EXHIBIT D -- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[XX] 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[  ] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[  ] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in the dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[  ] 4. I am not required to receive credit counseling briefing because of: *[Check the applicable statement] [Must be accompanied by a motion for determination by the court]*

[  ] Incapacity. (Defined in 11 USC 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

[  ] Disability. (Defined in 11 USC 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

[  ] Active military duty in a military combat zone.

[  ] 5. The United States Trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 USC 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/  CHERI SCRUGGS                    Date: July 11, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:  CHERI SCRUGGS

                                          Case No.:
                                          Chapter 13

Debtor(s).

---

## DISCLOSURE OF COMPENSATION

---

I certify that Brad George is the Attorney for the above named Debtor(s) and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor(s) in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition is as follows pursuant to written contract:  $215  paid and $1,785  to be paid.  If the case is dismissed or converted, then contractual terms apply.  The source of the compensation paid is the Debtor.  Further charges may be made pursuant to contract.  I have not agreed to share this compensation with any other person.  $25 was paid to attorney in trust to pay for pre-filing credit counseling services.

DATE:  July 11, 2013

/s/ Brad George
Brad George (#17994)
Counsel for Debtor(s)
2400 Poplar Av., Suite 460
Memphis, TN  38112
(901) 323-1311

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: CHERI SCRUGGS

Case No.:
Chapter 13

Debtor(s).

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedule A and B to determine the total amount of the debtors assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $5,000 | | |
| B - Personal Property | YES | 2 | $1,420 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $0 | |
| F - Creditors Holding Unsecured Non-priority Claims | YES | 2 | | $27,888 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Co-debtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $5,653 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $5,510 |
| | | 12 | $ | $27,888 | |
| | | | TOTAL | TOTAL | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: CHERI SCRUGGS

Case No.:
Chapter 13

Debtor(s).

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 USC 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in 11 USC 101(8) of the Bankruptcy Code, filing a case under Chapter 7, 11, or 13, you must report all the information requested below.

[ ] Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 USC 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury while Debtor was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $1,133 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $1,133 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$5,653** |
| Average Expenses (from Schedule J Line 18) | **$5,510** |
| Current Monthly Income (from Form 22A Line 12 **or** Form 22B Line 11 **or** Form 22C Line 20 | **$2,103** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4.  Total from Schedule F | | $27,888 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $27,888 |

IN RE:  CHERI SCRUGGS        Chapter 13 Case No.:

# SCHEDULE A -- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C- Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOUSE AT 1348 AUSTIN AVE M,T  38108 | TBE | J | $5,000 | $3,000 |
| | | | | |
| | **TOTAL** | | **$5,000** | **$3,000** |

IN RE: CHERI SCRUGGS        Chapter 13 Case No.:

# SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing a "H, W, J, or C" in the appropriate column.  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C of exemptions.  Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G.  If the property is being held for the debtor or by someone else, state that person's name and address under the appropriate column.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | | DEBTOR(S) | | $20 |
| 2.  Checking Account | X | | | |
| 3.  Savings Account | X | | | |
| 4.  Other financial accounts, CD's, and shares in any financial institution | X | | | |
| 5.  Household goods and furnishings, including audio, video, & computers | | RESIDENCE | | $700 |
| 6.  Books, pictures, artwork, antiques, & collectibles (stamps, coins, music) | X | | | |
| 7.  Wearing apparel | | RESIDENCE/DEBTOR | | $200 |
| 8.  Furs and jewelry | X | | | |
| 9.  Firearm, sporting, hobby equipment | X | | | |
| 10. Interests in insurance policies | X | | | |
| 11.Annuities (itemize & name issuer). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension / profit sharing plan | X | | | |
| 13. Stocks & other corporate interests | X | | | |
| 14. Interests in partnerships and other joint ventures | X | | | |
| 15. Government and corporate bonds & other non/negotiable instruments | X | | | |
| 16. Accounts receivable | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled | X | | | |
| | | **SUBTOTAL** | | **$920** |

IN RE:  CHERI SCRUGGS      Chapter 13 Case No.:

# SCHEDULE B -- PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including refunds Give particulars | X | | | |
| 19. Equitable or future interests, life estates, and rights of powers exercisable for debtor's benefit | X | | | |
| 20. (Non)/Contingent interests in estate of decedent, death benefit plan, life insurance, policy, or trust | X | | | |
| 21. Other (non)/contingent claims of every nature (counterclaims, setoffs) | X | | | |
| 22. Patents, copyrights, and other intellectual property | X | | | |
| 23. Licenses, franchises, and other general intangibles   Give particulars | X | | | |
| 24. Automobiles, trucks and trailers | X | | | |
| 25. Automobiles, trucks and trailers | X | | | |
| 26. Automobiles, trucks and trailers | X | | | |
| 27. Boats, motors, and accessories | X | | | |
| 28. Aircraft and accessories | X | | | |
| 29. Office equipment and furnishings. | X | | | |
| 30. Machinery, fixtures, equipment, and supplies used in business | | BUSINESS EQUIP | | $500 |
| 31. Inventory | X | | | |
| 32. Animals | X | | | |
| 33. Crops – growing or harvested | X | | | |
| 34. Farming equipment & implements | X | | | |
| 35. Farm supplies, chemicals, and feed | X | | | |
| 36. Other personal property of any kind not already listed    Itemize | X | | | |
| | | **TOTAL** | | **$1,420** |

IN RE:  CHERI SCRUGGS        Chapter 13 Case No.:

# SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

Debtor(s) elects the exemptions to which they are entitled under 11 U.S.C.S. 522(b)(2):  Exemptions available under applicable  non-bankruptcy federal, state, or local law where the debtor's domicile has been located for the 180 days preceding the filing of the petition.

| DESCRIPTION OF THE PROPERTY | LAW PROVIDING EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1.   Homestead. | TCA 26-2-301 | $0 | $ |
| 2.   Cash on hand. | TCA 26-2-103 | $20 | $20 |
| 3.   Checking account. | TCA 26-2-103 | $0 | $ |
| 4.   Savings account. | TCA 26-2-103 | $0 | $ |
| 5.   Security deposits. | TCA 26-2-103 | $0 | $ |
| 6.   Household goods and furnishings. | TCA 26-2-103 | $700 | $700 |
| 7.   Books, pictures, art, antiques, & collectables. | TCA 26-2-103 | $0 | $ |
| 8.   Wearing apparel. | TCA 26-2-104 | $200 | $200 |
| 9.   Furs and jewelry. | TCA 26-2-103 | $0 | $ |
| 10.  Firearms, sporting, & hobby equipment. | TCA 26-2-103 | $0 | $ |
| 11.  Interests in insurance policies. | TCA 26-2-110 | $0 | $ |
| 12.  Annuities (itemize and name issuer). | TCA 26-2-105 | $0 | $ |
| 13. Interests in IRA's, pensions, & profit-sharing | TCA 26-2-105 | $0 | $ |
| 14.  Alimony, maintenance, and support. | TCA 26-2-111(1) | $0 | $ |
| 15.  Health Care Aid. | TCA 26-2-111(5) | $0 | $ |
| 16.  Accounts receivable. | TCA 26-2-103 | $0 | $ |
| 17.  Automobiles, trucks, | TCA 26-2-103 | $0 | $ |
| 18.  Automobiles, trucks, | TCA 26-2-103 | $0 | $ |
| 19.  Automobiles, trucks, & vehicles. | TCA 26-2-103 | $0 | $ |
| 20.  Automobiles, trucks, & vehicles. | TCA 26-2-103 | $0 | $ |
| 21. Machinery, fixtures, equipment, and supplies | TCA 26-2-103 | $500 | $500 |
| 22.  Tools of the trade and professional books. | TCA 26-2-111(4) | $0 | $ |
| 23.  Office equipment and furnishings. | TCA 26-2-103 | $0 | $ |
| 24.  Workers Compensation. | TCA 50-6-223 | $0 | $ |
| 25.  Personal injury and wrongful death | TCA 26-2-111(2) | $0 | $ |
| | ***TOTAL*** | $1,420.00 | |

IN RE:    CHERI SCRUGGS                    Chapter    13    Case No.

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in joint case may be jointly liable on a claim, place an    X    in the column labeled    Codebtor,    include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife both of them, or the marital community may be liable on each claim by placing an    H,        W,        J,    or    C    in the column labeled    Husband, Wife, Joint, or Community.

If  the claim is contingent place an    X    in the column labeled    Contingent.    If the claim is unliquidated, place an    X    in the column labeled    Unliquidated.    If the claim is disputed, place an    X    in the column labeled    Disputed.    (You may need to place an    X    in more than one of these three columns.

Report the total of all claims listed on this schedule in the box labeled    Total    on the last sheet of the completed schedule.  Report this total also on the Schedule D.

| CREDITOR S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, & DESCRIPTION & MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 0 |  |
|  |  |  |  |  |  |  | 0 |  |
|  |  |  |  |  |  |  | $0 |  |

In RE   CHERI SCRUGGS                                Chapter   13

# SCHEDULE E.  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only Holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitles holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and nay be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtor.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "x" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "x" in the column labeled "Disputed". ( You may need to place an "x" in more than one of these three columns).

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total  also on the Summary of Schedules.

**[XX]** Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[  ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of the trustee or he order of relief.  11 U.S.C.  507(a)(2).

[  ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C.  507 (a)(3).

[  ] **Contribution to employee benefit plans**

Money owed to employee benefit plans for service rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C.  507 (a)(4).

[  ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fishermen, against the debtor, as provided in 11 U.S.C.  507(a)(5).

[  ] **Deposits of Individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C.  507 (a)(6).

[  ] **Alimony, Maintenance or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C.  507 (a)(7).

[  ] **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C.  507 (a)(8).

[  ] **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their Predecessors or Successor, to maintain the capital of an insured depository institution. 11 U.S.C. 507 (a)

IN RE:   CHERI SCRUGGS                              Chapter 13  Case No.

## SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use a continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an   X   in the column labeled  Codebtor,   Include the entity on the appropriate schedule of creditors, and complete Schedule H- Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an   H,    W,    J,    or  C  in the column labeled   Husband, Wife, Joint, or Community.

If the claim is contingent place an   X   in the column labeled   Contingent.   If the claim is unliquidated, place an   X   in the column labeled   Unliquidated.   If the claim is disputed, place an   X   in the column labeled   Disputed.   (You may need to place an   X   in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled   Total   on the last sheet of the completed schedule.  Report this total also on the Summary.

| CREDITOR S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| MLG&W<br>PO Box 388<br>Memphis, TN 38145 | | | #7075<br><br>Utilities | | | | $2,773 | |
| MLG&W<br>PO Box 388<br>Memphis, TN 38145 | | | #4458<br><br>Utilities | | | | $738 | |
| Townsend Fleming c/o C. Matlock<br>22 N. Front St. Ste 790<br>Memphis, TN 38103 | | | #2200<br><br>Rent Arrears | | | | $2,216 | |
| Treasurer City of Memphis<br>125 N. Main #175<br>Memphis, TN  38103 | | | Notice (400 S. Orleans) | | | | $0 | |
| Shelby County Trustee<br>160N. Main 2nd Fl<br>Memphis, TN  38103 | | | Notice (400 S. Orleans) | | | | $0 | |
| Townsend and Fleming<br>1203 Poplar Ave. Ste 3<br>Memphis, TN 38104 | | | Notice | | | | $0 | |
| TN Dept. Of Revenue<br>3150 Appling Rd.<br>Bartlett, TN 38133 | | | #1572<br><br>Sales and Use Tax | | | | $582 | |
| TN Dept of Health<br>5th Fl Cordell Hull Bldg 425 5th Ave<br>Nashville, TN  37243 | | | #6255<br><br>Food Renewal Fees | | | | $210 | |
| IPayment<br>PO Box  3429<br>Thousand  Oaks, CA  91359 | | | #0971<br><br>Leased CC Machine | | | | $118 | |
| Terminix<br>PO Box  742592<br>Cincinnati, OH  45274 | | | #8712/9654<br><br>Service | | | | $186 | |
| TN Dept. of Revenue<br>3150 N. Appling Rd.<br>Bartlett, TN  38133 | | | Taxes | | | | $1,830 | |
| | | | | | | | 0 | |
| | | | (SUB(TOTAL | | | | $8,653.00 | |

IN RE:   CHERI SCRUGGS                                           Chapter 13  Case No.

## SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Comcast<br>PO Box  105184<br>Atlanta, GA  30348 | | | #7055/3048<br>Cable Service | | | | $1,762 |
| Medical Financial<br>6555 Quince Rd. Ste 100<br>Memphis, TN  38119 | | | Medical | | | | $805 |
| CRS<br>2650 Thousand Oaks Ste 4200<br>Memphis, TN 38118 | | | Medical | | | | $2,285 |
| Direct TV c/o RPC<br>20816 44th Ave. W<br>Lynnwood, WA  98036 | | | Cable Service<br>(not debtors debt) | | | X | $0 |
| US Dept. of Education<br>PO Box  422<br>Iowa City, IA  52244 | | | Student Loan | | | | $883 |
| Aaron Rents<br>1015 Cobb Place Blvd. NW<br>Kennesaw, GA  30144 | | | Rental | | | | $3,858 |
| Us Dept. of Education<br>PO Box  5609<br>Greenville, TX  75403 | | | Student Loan | | | | $250 |
| Capital One Bank<br>PO Box  30281<br>Salt Lake City, UT  84130 | | | CC | | | | $832 |
| Regions Bank<br>1900 7th Ave.<br>Birmingham, AL  35203 | | | OD Charges | | | | $4,580 |
| Bank of America<br>PO Box  25118<br>Tampa, FL  33622 | | | OD Charges | | | | $1,780 |
| Annette Austin<br>5074 Coro Rd.<br>Memphis, TN 38109 | | | Rent Arrears | | | | $1,350 |
| Gibson County<br>2204 Gibson Sq.<br>Gibson, TN  38338 | | | 0988/988Y<br>Tickets | | | | $650 |
| Traffic Bureau<br>201 Poplar LL80<br>Memphis, TN 38103 | | | Notice | | | | $0 |
| Traffic Bureau<br>201 Poplar LL-81<br>Memphis, TN 38103 | | | Tickets | | | | $200 |
| | | | | | | | $8,653.00 |
| | | | TOTAL | | | | $27,888.00 |

IN RE:  CHERI SCRUGGS        Chapter 13 Case No.:

# SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether the debtor is the lessor or lessee of a lease. Provide the
names and complete mailing addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled on Schedules D-F.

| | DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES. |
|---|---|

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST |
|---|---|
| BLDG LEASE AT 2904 CHELSEA AVE | $825 / MONTH |

# SCHEDULE H -- CODEBTORS

Provide the information requested concerning any other person or entity, other than a spouse in a joint case, that is also liable on any
debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not
filing a joint case should report the name and address of the non-debtor spouse on this schedule.  Include all names used by the non-debtor spouse
during the six years immediately preceding the commencement of this case.

| X | DEBTOR HAS NO CODEBTORS. |
|---|---|

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

*I declare under penalty of perjury that I have read the foregoing summary and schedules and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.*

DATE: July 11, 2013  Signature of Debtor:  /s/ CHERI SCRUGGS

IN RE:   CHERI SCRUGGS      Chapter 13 Case No.

# SCHEDULE I -- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| MARITAL STATUS | NAME(S) OF DEPENDENT(S) | RELATIONSHIP | AGE |
|---|---|---|---|
| SEPARATED | S 14<br>D 6 | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | CATERER<br>(CATER TO YOUR SOUL) | |
| Name of Employer: | SELF-EMPLOYED | |
| How long employed: | 7 MONTHS | |
| Address of Employer: | | |

| INCOME CATEGORY | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions | $0 | $ |
| Estimated monthly overtime | | |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| A.  Payroll taxes and social security | $ | $ |
| B.  Insurance(s) | $ | $ |
| C.  Other: | | $ |
| D.  Other: | | |
| PAYROLL DEDUCTION TOTAL | $ | $ |
| *NET MONTHLY TAKE HOME PAY* | **$0** | **$** |
| Regular income from operation of business/profession | $4,700 | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance, or support payments | $453 | |
| Social Security/Other Government Assistance: | | |
| Pension or retirement income: | | |
| Other Monthly Income: TAX REFUND | $500 | |
| TOTAL MONTHLY INCOME | **$5,653** | **$** |
| *TOTAL COMBINED MONTHLY INCOME* | | $5,653 |

IN RE: CHERI SCRUGGS                    Chapter 13 Case No.:

## DEBTOR(S) SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments
made bi-weekly, semi-annually, or annually to show monthly rate.  Complete a separate schedule of expenditures labeled "Spouse" if a joint
petition is filed and the debtor's spouse maintains a separate household.

| | |
|---|---|
| Rent or home mortgage payment (Are real estate and property insurance included?) | $1,350 |
| UTILITIES: Electricity and Heating Fuel | $200 |
| Telephone | $50 |
| Cable | $150 |
| Home Maintenance (Repairs and upkeep) | $0 |
| Food (include work lunches) | $200 |
| Clothing | $50 |
| Laundry and dry cleaning | $0 |
| Medical and Dental Expenses | $50 |
| Transportation (gas and maintenance on vehicles only) | $375 |
| Recreation, clubs, entertainment, papers, magazines, cigarettes, movies, etc | $0 |
| Charitable Contributions (include birthday/holiday gifts) | $50 |
| INSURANCE: Homeowner's or Renter's | $0 |
| Health | $0 |
| Automobile | $0 |
| Life | $0 |
| INSTALLMENT PAYMENTS:(Don't list payments under Chapter 13 plan) | $0 |
| Automobile | $0 |
| Automobile | $0 |
| Other | $0 |
| Alimony, maintenance, and support paid to others | $0 |
| Payments for support of additional dependents not living at home | $0 |
| Regular expenses from operation of business (attach detailed statement) | $0 |
| Beauty, barber, and hygiene | $50 |
| Other: Daycare expenses | $160 |
| Other: COSTS OF GOODS SOLD | $1,200 |
| Other: RENT | $825 |
| Other: UTILITES / PHONE | $600 |
| Other: ADVERTISING | $200 |
| **TOTAL MONTHLY EXPENSES** | $5,510.00 |

A.    Total projected monthly income                              $ 5,653
B.    Total projected monthly expenses                          $ 5,510
C.    Excess income (A minus B)                                   $ 143

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or 13, a married debtor must furnish information for both parties for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below also must complete Questions 19 - 25. If the answer to any questions is "None," or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number, and question number

| NONE | FINANCIAL AFFAIR |
|---|---|
|  | **1. Income from employment or operation of business:** State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (Debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).<br>2011 $<br>2012 $33,000<br>2013 $30,000 APPROX. GROSS |
|  | **2. Income other than from employment or operation of business:** State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>AMOUNT          SOURCE<br>**2012 RECEICED APPROX. $4,422 IN CHILD SUPPORT**<br>**2013 RECEIVED APPROX. $3,171 IN CHILD SUPPORT** |
|  | **3. Payment to creditors: Complete a. or b., as appropriate, and c.**<br>**a.** *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married filing under chapter 12 or chapter 13 must include payments by either or by both spouses whether or not a joint petition is filed, Unless the spouses are separated and a joint petition is<br>CREDITOR ADDRESS          PAYMENT DATES          AMOUNT PAID          AMOUNT STILL OWING |
| XX |  |
|  | **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>CREDITOR ADDRESS          PAYMENT DATES          AMOUNT PAID          AMOUNT STILL OWING |
| XX |  |
|  | **c.** *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>CREDITOR ADDRESS/RELATIONSHIP   PAYMENT DATES          AMOUNT PAID          AMOUNT STILL OWING |
| XX |  |
|  | **4. Suits and administrative proceeding, executions, garnishments and attachments:** List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>CAPTION          NATURE OF CASE          COURT & LOCATION          DISPOSITION<br>TOWNSEND & FLEMING INC V DEBTOR IS A COLLECTION CASE IN GS |
|  | **b.** Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a jt. petition is filed, unless the spouses are separated and a jt. petition is not filed.)<br>ADDRESS OF PERSON WHO SEIZED   DATE OF SEIZURE   DESCRIPTION AND VALUE OF PROPERTY |
| XX |  |
|  | **5. Repossessions, foreclosures and returns** List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separate and a joint petition is not filed.)<br>CREDITOR ADDRESS          TRANSFER DATE          PROPERTY & VALUE<br>**BLDG AT 400 S. ORLEANS FORECLOSED BY TAX SALE 9/2012** |
|  | **6. Assignments and receiverships a.** Describe any assignment of property for the benefit of creditor made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either/ both spouses whether or not a jt. petition is filed, unless the spouses are separated and a joint petition is not<br>ASSIGNEE ADDRESS          ASSIGNMENT DATE          ASSIGNMENT TERMS |
| XX |  |
|  | **b.** List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a jt petition is filed, unless the spouses are separated and a joint petition is not<br>CREDITOR ADDRESS          PAYMENT DATES          AMOUNT PAID          AMOUNT OWED |
| XX |  |

| XX | ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100/recipient. (Married debtors filing under chap 12 or chap 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed) | | |
|---|---|---|---|
| | **RECEIVERS ADDRESS** | **RELATIONSHIP** | **GIFT DATE** | **PROPERTY AND VALUE** |

| XX | **8. Losses** List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated a joint petition is not filed.) | | |
|---|---|---|---|
| | **PROPERTY & VALUE** | **CIRCUMSTANCES OF LOSS** | **DATE OF LOSS** |

| | **9. Payments related to debt counseling or bankruptcy:** List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. | | |
|---|---|---|---|
| | **PAYEE ADDRESS** | **DATE OF PAYMENT** | **AMOUNT PAID** |
| | **BRAD GEORGE PAID $25 FOR PRE-FILING CREDIT COUNSELING AND $215 IN FEES** | | |

| XX | **10. Other Transfers: a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | | |
|---|---|---|---|
| | **TRANSFEREE ADDRESS** | **DATE** | **PROPERTY & VALUE** |

| XX | **b.** List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. | | |
|---|---|---|---|
| | **NAME OF TRUST/DEVICE** | **DATE OF TRANSFER** | **AMOUNT OF MONEY/PROPERTY OF DEBTORS INTEREST** |

| XX | **11. Closed financial accounts:** List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | | |
|---|---|---|---|
| | **INSTITUTION & ADDRESS** | **ACCOUNT & BALANCE** | **DATE OF CLOSING** |

| XX | **12. Safe deposit boxes:** List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married d/rs filing under chap 12 or chap 13 must include boxes & depositories of either or both spouses whether or not a joint petition is filed unless separated and joint one is not filed.) | | |
|---|---|---|---|
| | **BANK AND ADDRESS** | **PERSONS W/ ACCESS** | **CONTENTS** |

| XX | **13. Setoffs:** List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | | |
|---|---|---|---|
| | **CREDITOR & ADDRESS** | **SETOFF DATE** | **SETOFF AMOUNT** |

| XX | **14. Property held for another person:** List property owned by another person the debtor holds/controls. | | |
|---|---|---|---|
| | **OWNER AND ADDRESS** | **PROPERTY & VALUE** | **LOCATION** |

| | **15. Prior address of debtor:** If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If jointly filed, report also any separate address of either spouse. | | |
|---|---|---|---|
| | **ADDRESS** | **NAME USED** | **OCCUPANCY DATES** |
| | **2226 EAST RIVER TRACE DRIVE #3, MEMPHIS, TN 38134** | | |

| XX | **16. Spouses and Former Spouses:** If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. NAME: |
|---|---|

| Xx | **17. Environmental Information:** For the purpose of this question, the following definitions apply: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material. "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law. A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: | | |
|---|---|---|---|
| | **SITE NAME AND ADDRESS** | **NAME AND ADDRESS OF GOVERNMENTAL UNIT** | **DATE OF NOTICE** | **ENVIRONEMNTAL LAW** |

| Xx | **B.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and date of the notice | | |
|---|---|---|---|
| | **SITE NAME AND ADDRESS** | **NAME AND ADDRESS OF GOVERNMENTAL UNIT** | **DATE OF NOTICE** | **ENVIRONEMNTAL LAW** |

| Xx | **C.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. | | |
|---|---|---|---|
| | **GOVERNMENTAL UNIT ADDRESS** | **DOCKET NUMBER** | **STATUS OR DISPOSITION** |

| XX | **ADDITIONAL QUESTIONS RELATING TO BUSINESS # 18-25:** The debtor is not a corporation or a partnership and the debtor has not been engaged as a sole proprietor and has not been "in business" in the last six (6) years preceding the commencement of this case. Therefore, no additional questions relating to business are attached. |
|---|---|

*I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.*

DATE: July 11, 2013  Signature of Debtor:  **/s/ CHERI SCRUGGS**

IN RE:        CHERI SCRUGGS   Chapter 13 Case No.:

# STATEMENT OF FINANCIAL AFFAIRS FOR
# DEBTOR(S) ENGAGED IN BUSINESS DURING THE LAST 6 YEARS

The following questions are to be completed by every debtor that is a corporation or partnership or by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

| NONE | BUSINESS FINANCIAL AFFAIR |
|---|---|
|  | **16.   Nature, location and name of business:**<br>    **A**. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the 2 years immediately preceding case commencement.<br>    **B**. If the debtor is a partnership, list the names and addresses of all business in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.<br>     **C**. If the debtor is a corporation, list the name and addresses of all business in which the debtor was a partner or owned 5 percent or more of the vote  securities within the two years immediately preceding the commencement of this case.<br>        NAME AND ADDRESS            NATURE OF BUSINESS         DATES OF OPERATION<br><br>"CATER TO YOUR SOUL" IS A CATERING BUSINESS RAN AT 2904 CHELSEA AVE. AND IS A SOLE PROPRIETORSHIP.  IT STARTED JANUARY, 2013 AND CONTINUES TO THIS DAY. |
|  | **17.   Books, records and financial statement** list all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtors.<br>        NAME AND ADDRESS            DATES  SERVICES RENDERED **DEBTOR** |
| XX | **B**. List all firms or individuals who within the two years immediately preceding the filing of the bankruptcy case have audited books of account and records, or prepared a financial statement of debtor.<br>        NAME AND ADDRESS                    DATES  SERVICES  RENDERED |
|  | **C.** List all firms or individuals who at time of the of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are available, explain. **DEBTOR**<br>        NAME AND ADDRESS  **DEBTOR** |
| XX | **D.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.<br>        NAME AND ADDRESS                    DATE ISSUED |
| XX | **18A.  Inventories** List the dates of the last two inventories taken of the property, the name of the person who supervised the taking of each inventory, and dollar amount and basis of each inventory.<br>        INVENTORY DATE            INVENTORY SUPERVISOR            DOLLAR AMOUNT |
| XX | **18B**.  List the name and address of the  person having possession of the records of each of the two inventories reported in A above.<br>        DATE OF INVENTORY                    CUSTODIAN AND ADDRESS OF RECORDS |
| XX | **19.   Current Partners, Officers, Directors and Shareholders:** If the debtor is a partnership, list the nature and percentage of partnership interest of each member in the partnership.<br>        NAME & ADDRESS            NATURE OF INTEREST            PERCENT INTEREST |
| XX | **19B**.  If the debtor is a corporation, list all officers and directors of the corporation, and each shareholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities.            NAME AND ADDRESS        TITLE     NATURE AND % OF OWNERSHIP |
| XX | **20.  Former partners, officers, directors and shareholders** if the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |

| NONE | BUSINESS FINANCIAL AFFAIRS | | |
|------|---------------------------|---|---|
| | NAME | ADDRESS | DATE OF WITHDRAWAL |
| XX | **20b**. If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement if this case. | | |
| | NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| XX | **21. Withdrawals from a partnership or distributions by a corporation** if the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. | | |
| | RECIPIENT & ADDRESS | DATE & PURPOSE OF W/D | PROPERTY & VALUE |

*I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.*

DATE: July 11, 2013    Signature of Debtor: /S/ CHERI SCRUGGS

IN RE:        CHERI SCRUGGS      Chapter 13 Case No.

# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

| DEBTOR(S) | (H)<br>(W) CHERI SCRUGGS | S.S.# XXX-XX-<br>S.S.# XXX-XX-0841 |
|---|---|---|
| ADDRESS | 5074 CORO ROAD<br>MEMPHIS, TN  38109 | |

| PLAN PAYMENT | DEBTOR(S) TO PAY $127.00 PER MONTH | |
|---|---|---|
| PAYROLL DEDUCTION | | [XX] DIRECT PAY<br>Because: SELF-EMPLOYED<br>1st payment date: W/I 30 DAYS |
| ADMINISTRATIVE | Pay filing fee, trustee fee, and debtor's attorney fee pursuant to court order. **Adequate protection payments will be 1/4 (25%) of the proposed creditor monthly payment.  Failure to file timely written objection to confirmation will be deemed acceptance of the plan.** | |

| | | PLAN PMNT |
|---|---|---|

| AUTO INSURANCE | [XX] Not included    [    ] Included in Plan | |
|---|---|---|

| CLASS I UNSECURED CREDITOR(S) | | |
|---|---|---|
| TOWNSEND & FLEMING INC | RENT; $2,133 | $36 |
| GIBSON COUNTY TVB | TICKETS; $650 | $11 |
| SHELBY COUNTY TVB | TICKETS; $200 | $5 |

| HOME MORTGAGE(S) | | |
|---|---|---|
| NONE | Ongoing Payment begins | |
| | Approx. Arrearage: $ | |
| | ONGOING TO BEGIN | |
| | APPROX ARREARS $ | |

| SECURED CREDITORS<br>(retain lien 11U.S.C. 1325(a)(5) | COLLATERAL VALUE | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |
| | | | |

| UNSECURED CREDITORS | Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive 10%. |
|---|---|

| ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT | $18,000 |
|---|---|

| TERMINATION | Plan shall terminate upon payment of the above in **60** months. |
|---|---|